IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIVERSIFIED ENERGY, LLC, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 19-cv-601 |
| v. | ) ) |
| RONALD E. MARTIN and GRACE E. MARTIN, | ) ) ) |
| Defendants. | ) ) ) |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Diversified Energy, LLC, by its counsel, Babst, Calland, Clements and Zomnir, P.C., files this Motion for Preliminary Injunction seeking unfettered use of the sole roadway to access its wells on Defendants' property. For the reasons set forth more fully in its accompanying Memorandum in Support, Diversified Energy, LLC respectfully requests that this Court enter the Order attached hereto.

Respectfully submitted,

BABST, CALLAND, CLEMENTS
And ZOMNIR, P.C.

*/s/ Steven B. Silverman*
Steven B. Silverman
Pa I.D. No. 56829
ssilverman@babstcalland.com

Two Gateway Center, 6th Floor
Pittsburgh, PA 15222
Phone: 412-394-5400

Attorney for Plaintiff,
Diversified Energy, LLC

{B4293732.1}

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served on May 22, 2019, via the Court's electronic filings system upon the following:

Vincent J. Roskovensky, Esquire
vicej@vincentjroskovenskylaw.com
Counsel for Defendants

*/s/ Steven B. Silverman*

{B4293732.1}